UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN R. FOOTE,<br><br>          Plaintiff,<br><br>     v.<br><br>EL DORADO SHERIFF'S DEPT., et al.,<br><br>          Defendants. | No. 2:23-cv-00938-EFB (PC)<br><br><br>ORDER |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 26, 2023, the court informed plaintiff that his complaint would be disregarded because plaintiff had not signed it. ECF No. 4 (citing Fed. R. Civ. P. 3 & 11). The court ordered plaintiff to file a signed complaint within thirty days and warned that failure to do so could result in an order closing this case. The time for acting has passed and plaintiff has not filed a signed complaint.

However, on June 1, 2023, plaintiff requested that the court (1) document his pro se status, (2) assist him with service of process on defendants, and (3) send him blank subpoena forms so that he could commence discovery. The court hereby confirms plaintiff's pro se status. Neither service on defendants nor discovery, however, can take place until plaintiff files a signed complaint with the court.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days, plaintiff shall file a complaint that is signed. Failure to comply with this order may result in an order closing this case.
2. Plaintiff's June 1, 2023 request (ECF No. 6) is granted to the extent that plaintiff's pro se status is confirmed, and is otherwise denied.

Dated: June 30, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2