UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN R. FOOTE,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No.  2:23-cv-00938-KJM-EFB (PC)<br><br>ORDER |

    Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 5, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

    Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Under Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The February 5, 2024 findings and recommendations (ECF No. 13) are adopted in full;

2. The complaint is dismissed without prejudice for failure to state a claim;

3. The Clerk is directed to terminate the pending motion at ECF No. 10 and close the case; and

4. The court declines to issue a certificate of appealability.

DATED:  March 27, 2024.

CHIEF UNITED STATES DISTRICT JUDGE